UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA : | CRIMINAL NO. 06-066 |
| : | |
| v. : | MAGISTRATE NO. 06-0015M-01 (CR) |
| : | |
| **DOMINGO STEVENSON,** : | VIOLATION: 21 U.S.C. §841(a)(1) |
| **Defendant.** : | and §841 (b)(1)(B)(vii) |
| : | (Unlawful Possession With Intent Distribute |
| : | 100 Plants or More Marijuana Plants) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about January 11, 2006, within the District of Columbia, **DOMINGO STEVENSON**, did unlawfully, knowingly and intentionally possess with intent to distribute 100 or more marijuana plants, a Schedule I controlled substance.

**(Unlawful Possession with Intent to Distribute 100 Plants or More Marijuana Plants, in violation of 21 U.S.C. §§ 841 (a)(1) and 841 (b)(1)(B)(vii))**

KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia
Bar No. 451-058

By: *[signature]*

DENISE M. CLARK
D.C. Bar # 479149
Assistant United States Attorney
Federal Major Crimes Section
United States Attorney's Office
555 Fourth Street, N.W. Room 4840
Washington, D.C. 20530
(202) 353-8213