UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | Docket No.: CR-06-066 (RJL) |
| **v.** : | |
| : | |
| **DOMINGO STEVENSON** : | |

### UNOPPOSED MOTION TO CONTINUE PLEA AGREEMENT HEARING

Domingo Stevenson, by and through undersigned counsel, hereby moves to continue the hearing set for March 16, 2006 in this matter due to defense counsel's unavailability. In support of this motion, counsel states:

1. Domingo Stevenson is charged via complaint with one count of possession with the intent to distribute marijuana in violation of Title 21 U.S.C. § 841(a).

2. On March 9, 2006, the parties appeared before Magistrate Judge Facciola and informed him that Mr. Stevenson and the United States have reached a plea agreement in this case. The parties scheduled a status conference in this case for March 31, 2006 to act as a fallback date if the plea could not be entered before the District Judge before that time. Magistrate Judge Facciola also granted a request made by Mr. Stevenson to exclude the time leading up to March 31, 2006 from any Speedy Trial Act calculation in Mr. Stevenson's case.

3. On March 9, 2006, this Court scheduled a hearing for Mr. Stevenson to enter a guilty plea on March 16, 2006 at 11:00 am. An ECF notice was sent to undersigned counsel on that day. Counsel, however, must have simply missed the notice in reading over his emails and did not realize that the March 16, 2006 date had been calendared.

    Counsel did read a subsequent notice that was sent stating that the March 31, 2006 control status date before Magistrate Judge Facciola had been calendared.

4. Undersigned counsel did not become aware of the March 16, 2006 hearing until he received a voicemail message from the prosecutor in the case on March 15, 2006, the day of this filing.

5. Counsel is not available to attend the March 16, 2006 status hearing because of a doctor's appointment that has been scheduled for several weeks. Counsel, therefore, respectfully apologizes for his error and asks that the Court reschedule the entry of Mr. Stevenson's guilty plea for a date that counsel can attend.

6. The United States does not oppose this motion.

7. After conferring with the United States and the Court's chambers, counsel respectfully proposes that the hearing be rescheduled for March 29, 2006.

Dated: March 15, 2006                                                Respectfully submitted,

                                                                               /s/
                                              Michael Starr (DC Bar No. 461-773)
                                              On Behalf of Mr. Domingo Stevenson
                                              Schertler & Onorato, L.L.P.
                                              1140 Connecticut Ave., N.W.
                                              Washington, D.C. 20036
                                              Telephone: (202) 628-4199