UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | Docket No.: CR-06-066 (RJL) |
| **v.** | : | |
| | : | |
| **DOMINGO STEVENSON** | : | |

**ORDER**

Upon consideration of the Defendant's Unopposed Motion to Continue Plea Agreement Hearing, it is hereby ORDERED on this _____ day of March, 2006, that the March 16, 2006 plea agreement hearing is rescheduled for March 29, 2006.

_____
The Honorable Richard J. Leon

Copies to:

Michael Starr
Schertler & Onorato, LLP
1140 Connecticut Avenue, NW
Suite 1140
Washington, DC 20036

Denise Clark
United States Attorney's Office
  for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530