# United States District Court
# for the District of Columbia

**FILED**

MAY 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

**DOMINGO F. STEVENSON**

## WAIVER OF INDICTMENT

CASE NUMBER:    **CR 06-66**

I,    **DOMINGO F. STEVENSON**    the above named defendant, who is accused of

**21:841(a)(1) and 841(b)(1)(B)(vii); NARCOTICS - POSSESSION; Unlawful Possession with Intent to Distribute 100 Plants or More of Marijuana Plants. (1)**

being advised of the nature of the charge, the proposed information, and of my rights, hereby

waive in open court on    **March 29, 2006**    prosecution by indictment and consent that the

proceeding may be by Superseding Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Judge Richard J. Leon
United States District Court