UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 22 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 06-066 (RJL) |
| DOMINGO STEVENSON, | : |
| Defendant. | : |

**GOVERNMENT'S SUBMISSION TO THE COURT
IN PREPARATION FOR THE UPCOMING PLEA HEARING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Domingo Stevenson, hereby submit the following in preparation for a plea hearing in the instant case.

I.   ELEMENTS OF THE OFFENSES

The essential elements of the offense of Unlawful Possession With Intent to Distribute 100 or More Marijuana Plants, 21 U.S.C., Section 841 (a)(1) and (b)(1)(B) are as follows:

1. That the defendant possessed a controlled substance;

2. That the defendant possessed the controlled substance knowingly and intentionally;

3. That when the defendant possessed the controlled substance he had the specific intent to distribute it;

4. That the materials defendant possessed were marijuana plants; and

    5.    That defendant possessed 100 or more marijuana plants.

## II. COPY OF THE PLEA AGREEMENT

A copy of the plea agreement, not yet executed by the defendant, is attached.

## III. PENALTIES

Pursuant to 21 U.S.C. Section 841 (a)(1) and (b)(1)(B), the charge of Unlawful Possession with Intent to Distribute Marijuana 100 or More Plants:

1. a term in prison of not more than 40 years;
2. a mandatory minimum sentence of five years imprisonment;
3. a fine of not more than $2,000,000; and
4. a term of supervised release of not more than four years.

## IV. FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that on January11, 2006 at approximately 10:15 a.m., Alcohol, Tobacco and Firearm ("ATF") and Drug Enforcement Administration ("DEA") agents along with Metropolitan Police Department ("MPD") officers executed a search warrant at 2416 Evarts Street, NE, Washington, D.C. As soon as entered residence, the agents and officers smelled marijuana, and saw defendant coming down stairs. They detained defendant and searched the home. In the basement,

the officers and agents found over 200 marijuana plants of various sizes growing under large lights, and bags of fertilizers. Officers found defendant's passport and other documents in defendant's name in an upstairs bedroom.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

DENISE M. CLARK
Assistant United States Attorney
D.C. Bar No. 479149
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4840
Washington, D.C. 20530
202-353-8213

**DEFENDANT'S ACKNOWLEDGMENT**

I have read this factual proffer and have discussed it with my attorney, Michael Starr, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 5-22-06

DOMINGO STEVENSON
Defendant

**ATTORNEY'S ACKNOWLEDGMENT**

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 5/22/06

MICHAEL STARR, ESQUIRE
Attorney for Defendant