IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>)<br>**v.** )<br>)<br>**DOMINGO STEVENSON** )<br>) | Docket No.: CR-06-066-01<br>The Honorable Richard J. Leon |

### NOTICE OF DEFENDANT'S COUNSEL'S CHANGE OF ADDRESS

TO THE CLERK: Please take notice that the address for counsel for the Defendant has been changed as follows (telephone and facsimile remain the same):

Schertler & Onorato, L.L.P.
601 Pennsylvania Avenue, N.W.
North Building, 9th Floor
Washington, D.C. 20004-2601

Respectfully submitted,

_____/s/_____
MICHAEL C. STARR (#461 773)
601 Pennsylvania Avenue, N.W.
North Building, 9th Floor
Washington, D.C. 20004-2601
ph. (202) 628-4199
fax (202) 628-4177

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 14th day of August, 2006, a copy of the foregoing notice was served via U.S. Mail, postage prepaid, upon the following counsel:

AUSA Denise Clark
United States Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, D.C., 20530

                /s/
               Michael C. Starr