Attachment 1

Case 1:06-cr-00066-RJL   Document 15-2   Filed 08/18/2006   Page 1 of 9

August 14, 2006

To: Judge Richard Leon

As a means of introduction, my name is Nokomis Simkins, I am married to the defendant, Domingo Stevenson. We have been married roughly five years, and have a family together.

We, as parents, do accept responsibility for our actions, though it will be very devastating to our family, especially our children, to be apart, as we are accustomed to having a male figure in our household. Domingo being away for such a long period of time, will impact our family tremendously.

Domingo Stevenson is definitely a "family man", before anything else. Despite his actions, his children and home are a priority. He is a good man, who made a bad decision, which is costing our family dearly; however, it does not over-ride the good in him.

My husband understands his role, and is very active in each of our lives. He is the disciplinarian in our home, at the same time; he's very loving and gentle. Our children look up to him, respect, and love him very much.

Remaining a strong family in this day and age can be very challenging, and sometimes discouraging, but we've pulled though rough times, and have learned it takes sacrifice, and love to keep things going. We both try to instill in our children that it takes hard work, dedication, and sacrifice to get what you need and want in life. We have developed a routine to make life easier for one another. We've grown to learn, keeping a family in tact takes teamwork, and losing the head of our household will most certainly impact our lives, as a whole, as well as individually.

To give you some in-site on how we operate as a family, and the role Domingo plays, I would like to share with you a typical day in our household.

Our mornings start with Domingo waking the children up, getting them washed up, while I get myself prepared for work. He irons everyone's clothes, including mine, while I do our daughters hair. We eat breakfast together, then, we all leave home, to start our day. We both take the children to school, afterwards, then he drops me off to work, after which, he drives himself to work. In the evenings, he picks me up from work, we pick up the children, and go home to start our daily chores. I cook dinner (almost on a daily basis), while Domingo helps the children with their homework. We eat dinner together every night, while sharing the day's events with one another. He often plays with the

kids, and we tuck them in bed together. We pray together, as a family, on a nightly basis. We have grown individually and as a family, and have learned how to organize our lives together.

Domingo most certainly pulls his weight in our home. He goes to our children's school, when necessary, and sometimes he just to stops in to check on the kids. He has an excellent relationship with the school staff. They can count on him to participate in school activities, as well as the extra curricular events. The teachers are all familiar with him. So as you can see, it is very unfortunate that the decision he's made, will severely affect our daily agenda and livelihood.

Domingo is always a person one can count on, for anything. This applies inside the home, as well as to those outside of our family. Domingo is an easy-going man, and it's not easy to ruffle his feathers. He is very humble, patient, kind, and always smiling, and these are things he instills in our children as well. I have always admired those qualities in my husband, which were some of the reasons I married him. All in all, Domingo Stevenson has a good character, and he recognizes there is always room for growth.

In closing, I ask for leniency of the court, as we do realize his actions have caused great harm to our children, more than anyone else. The family unit, today, is becoming more and more instinct, and we pride ourselves on hanging in there, and remaining together, even through difficult times. We have learned, you can not break the law and think its okay, as it will ultimately hurt the children more than anyone.

We both have definitely matured a greatly though out this ordeal, and I will continue to support my husband.

Thank you for taking the time to consider my thoughts.


Best Regards,



Nokomis Simkins

August 15, 2006

Adrienne B. Simkins
2412 Franklin St. NE.
# 101
Washington, DC 20018

Dear Judge Leon:

I am the mother-in-law of Domingo Stevenson and the purpose of this letter is to attest to his good character and kind heart.

I have known Domingo since he was a teenager in NW. Washington. Needless to say, he was a friend of my daughter for years, and always seemed to be there for her. But like many young men from extremely humble circumstances in this city, he lacked guidance and direction from family members, and the male adults chose not to be in his life at all. His peers and the "streets

2.

became his "teachers", so he lacks a frame of reference for "adult" and responsible behavior. My daughter has tried her best to re-direct him to live in a manner that would not jeopardize his freedom or the safety of his family. It involves baby steps.

However, I <u>do</u> give him credit for participating in the lives of my grandchildren. They love and adore him deeply, and they will most certainly become emotionally scarred by his absence. He interacts daily with the kids, and does his best to make them happy. He has come to my aid more than a few times.

What I wish, for Domingo, is that he grow up and develop a mindset that will put him on a forward path in life. I do not

3

believe an extended incarceration is the answer in his case. He needs to be redirected by someone in a position of authority or role model or mentor who can open his eyes (and his head) to a new way of living — get him to see the "big picture" of responsibility.

Needless to say, his actions have made me very angry, because my daughter and the kids must now go it alone. But I am truthful when I say he really is a nice person and a good family man who needs help, not incarceration. His children need him.

I may be reached at 2(0) 906-9398, if you need further contact.

Adrienne B. Simkins

Doris M. Sanders                                                        August 17, 2006
672 Fairview Ave.
Takoma Park MD 20912
301-891-0468


Dear Judge Leon,
     I am writing on behalf of Domingo Stevenson, I have known Domingo all of his life, from a small boy to becoming an adult.
Not only a man, but also husband and a father. Domingo is not only a father to his children, but also, to children whose dads does not play an active roll or have a father figure. H e is that father figure to those kids. To see these kids faces light up when they are with their daddy. The amount of love he gives them all and they give back, theses kids know their daddy loves them, even when disciplining; he speaks with such love and firmness in his voice. There are so many children today, who have to grow up without fathers and have no direction. Removing Domingo from his children will only break their hearts and spirits. Domingo has made some bad choices **AS WE** all have, I truly believe he has since learned from his mistakes, and how they have affected his children. He has seen first hand how devastated they were and his only concern was for his children. And he has done whatever was required of him to do for the sake of his children. This has since made Domingo a more responsible father and person. I respect him more as a young man and a father. Therefore, I pray, if it were at all possible, for Domingo to stay under house arrest for the duration of his time, whereas he could continue to work and remain in constant supervision of his children to help guide them and be a more positive role model in their life.


                                                       Sincerely Doris M. Sanders

August 14, 2006

To Whom It May Concern,

I have known Domingo Stevenson for about 20 years, which is most of my life. In those 20 years Domingo has always been a good friend to me and my family. Being the Godfather to my eldest son; Domingo has provided nurturing support to my sons and has always shown to be a natural when it comes to kids. Domingo has been confronted with obstacles in his life, but through adversity he continued to smile and humble himself by staying a loving person. In growing up through his adversities Domingo has turned out to be a good man and even better husband to his wife and excellent father to his children.

    Anyone who truly knows Domingo knows he's a big kid at heart and truly values the time that he spends with family and friends. Perfect he is not, that's why I believe God has always given him grace over his trials and tribulations and had planted potential within him as with all of us. Just as with everything it just takes little more time seek it. I believe if Domingo is given the chance he would seek such opportunities.

I enclosing I would just like to add that Domingo is like a brother to me and with him I share a closeness that I don't share with my own brother. Many people have come and gone in my life but Domingo Stevens has remained a caring friend to my family and me for as long as I can remember. In this life time you I can honestly say people like him are very hard to find.

Sincerely,

*Carlita Curtis*
Carlita D. Curtis

Judge                                    8-16-06

My son Domingo is a good person at heart. When ever I need him he is always there for me. he is a very good father and husband you would have to know him and be around him to see what a wonderful and loving person he is. I love him and don't want to lose him. he made a mistake I know he would never let it happen again.

Bealie mae Battle