Attachment 2

