Attachment 3

