Attachment 4

Case 1:06-cr-00066-RJL    Document 15-5    Filed 08/18/2006    Page 1 of 3



