**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | : |
| | :   Docket No.: CR-06-066 (RJL) |
| v. | : |
| | : |
| **DOMINGO STEVENSON** | : |

**ADDENDUM TO PREVIOUSLY-FILED MEMORANDUM IN AID OF SENTENCING**

Counsel for Mr. Stevenson here supplements his previously filed Memorandum in Aid of Sentencing to address an omission from counsel's sentencing guidelines calculation. Counsel neglected to note that, because Mr. Stevenson is eligible for safety valve treatment, his base offense level should be reduced by two additional levels, which takes his base offense level to 13. See U.S.S.G. §2D1.1(b)(9). However, pursuant to Section 5C1.2(b), Mr. Stevenson's final base offense level may not be less than 17. See U.S.S.G. §5C1.2(b). Therefore, counsel's conclusion that Mr. Stevenson's final base offense level is 17 remains unchanged.

**Dated: August 24, 2006**                    Respectfully submitted,

                                   /s/
                                   Michael Starr (Bar No. 461-773)
                                   On Behalf of Mr. Domingo Stevenson
                                   Schertler & Onorato, L.L.P.
                                   601 Pennsylvania Ave., N.W.
                                   North Building, Ninth Floor
                                   Washington, D.C. 20004
                                   Telephone: (202) 628-4199
                                   Facsimile: (202) 628-4177