STEVENSON, Domingo                                                      Page 23

THE HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :   Docket No.: <u>06-066-01</u>

vs.                           :

Domingo Stevenson             :   Disclosure Date: July 21, 2006

**FILED**

**AUG 2 5 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                              _____
**Assistant U.S. Attorney**                                **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_[signature]_ /ms 8/4/06                                _[signature]_ 8/4/06
**Defendant    Date**                                    **Defense Counsel    Date**

**NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM**

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by August 4, 2006, to U.S. Probation Officer **Monica Johnson**, telephone number **(202) 565-1332**, fax number **(202) 273-0242**.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**
By: Richard A. Houck, Jr.
Chief United States Probation Officer

RECEIVED MAILROOM 2006 AUG -9 P 2:54 U.S. PROBATION DISTRICT OF C.

STEVENSON, Domingo                                                                 Page 24

## Receipt and Acknowledgment

---

---

---

---

---

---

---

---

---

---

---

---

---

---

---

---

---

---

---

---

---

Signed By: _____
                   (Defense Counsel/AUSA)

Date:        _____

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
                                  :   Docket No.: CR-06-066-01
         v.                       :
                                  :
                                  :
DOMINGO STEVENSON                 :

## PROPOSED FACTUAL CORRECTIONS TO PRESENTENCE INVESTIGATION REPORT

On behalf of Domingo Stevenson, defense counsel presents the following proposed corrections to the draft Presentence Investigation Report.

Paragraph 1: No indictment was ever obtained or filed in this case. Mr. Stevenson entered a pre-indictment plea. On March 8, 2006, a one-count information was filed.

Paragraph 2: Mr. Stevenson entered his guilty plea on May 22, 2006.

Mr. Stevenson meets the requirements for "safety valve" treatment pursuant to § 5C1.2. Because he meets these requirements, he is exempt from the five-year mandatory minimum.

The two-level enhancement for possession of a dangerous weapon pursuant to §2D1.1 is inapplicable because Mr. Stevenson never possessed any dangerous weapons in connection with the marijuana growing operation.

Undersigned counsel is available to provide more information about these issues if needed.

Respectfully submitted,

Michael Starr #461773
Counsel for Domingo Stevenson
Schertler & Onorato, LLP
601 Pennsylvania Ave., NW
North Building, Ninth Floor
Washington, DC 20004
*202-628-4607*