STEVENSON, Domingo                                              Page 23

THE HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 06-066-01 |
| vs. | : | |
| Domingo Stevenson | : | Disclosure Date: July 21, 2006 |

**FILED**

AUG 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

(  ) There are no material/factual inaccuracies therein.

(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        8/4/06
Assistant U.S. Attorney                            Date

### For the Defendant

(CHECK APPROPRIATE BOX)

(  ) There are no material/factual inaccuracies therein.

(  ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____        _____
Defendant          Date                            Defense Counsel        Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by August 4, 2006, to U.S. Probation Officer Monica Johnson, telephone number (202) 565-1332, fax number (202) 273-0242.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT
By: Richard A. Houck, Jr.
Chief United States Probation Officer

STEVENSON, Domingo                                              Page 24

## Receipt and Acknowledgment

Defendant entered his guilty plea on May 22, 2006, not April 3, 2006 as indicated on page 3, paragraph 2.

Signed By: _____
           (Defense Counsel/AUSA)

Date: 8/4/06



U.S. Department of Justice
United States Attorney
District of Columbia

# FAX

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

To: Monica Johnson         From: Denese Clark
Fax: 202 273-0242          Phone: 353-8213
Date: 8/4/02
Re: Domingo Stevenson
Page(s):     including cover

COMMENTS:

cc: Michael Starr, Esq
    fax: 628-4177

---

U.S. ATTORNEY FACSIMILE COMMUNICATION