HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

**FILED**
SEP 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Domingo Stevenson                 Docket No.: CR 06-066

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  Domingo Stevenson  having been sentenced, on August 25, 2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to  FCI Morgantown , in  Morgantown, WV  by 2 p.m., on  October 18, 2006 .

9/25/06
Date

RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

ATTORNEY/U.S. PROBATION OFFICER                    DEFENDANT

Revised 6-2004